James Ray Baker #AV2558
**Name and Prisoner/Booking Number**

High Desert State Prison (CDCR)
**Place of Confinement**

P.O. BOX 3030
**Mailing Address**

Susanville, Ca 96127
**City, State, Zip Code**

(Failure to notify the Court of your change of address may result in dismissal of this action.)

**FILED**
May 25, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

James Ray Baker,
(Full Name of Plaintiff)
            Plaintiff,

v.

(1) R. Chacon
(Full Name of Defendant)
(2) F. Andujo
(3) _____
(4) _____
            Defendant(s).
☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:22-cv-878-KJN (PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: High Desert State Prison (Susanville, Ca)

## B. DEFENDANTS

1. Name of first Defendant: **R. Chacon**. The first Defendant is employed as: **Correctional Officer** at **High Desert State Prison**.
   (Position and Title) (Institution)

2. Name of second Defendant: **F. Andujo**. The second Defendant is employed as: **Correctional Officer** at **High Desert State Prison**.
   (Position and Title) (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
   (Position and Title) (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: 8th amendment cruel and unusual punishment

2. Claim I. Identify the issue involved. Check only one. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. Supporting Facts. State as briefly as possible the FACTS supporting Claim I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 5-28-2019 I was placed in a mental health crisis bed due to my sister being murdered. While laying in the bed by myself not wanting to talk a nurse erroneously thought that I was doing something to myself alerted custody staff who without provocation entered my room in an extraction team as I layed on the bed not resisting. They were very aggressive and placed me in handcuffs and leg shackles, escorted me to another room via a wheelchair where the leg shackles were removed. Then correctional officer (defendant) R. CHACON placed a retention device on the handcuffs then proceeded to pull the device fast and forcefully through the food-port of the cell door causing my right hand to slam into the metal frame of the foodport. I yelled in pain "WAIT MY HAND, MY HAND"! He continued to pulled on the device saying "stop resisting" at which time I verbalized that "I WAS NOT RESISTING"! Thats when correctional officer "F. ANDUJO" stepped in and also started to assist the other defendant (R. CHACON) by also pulling on the device then holding onto my hand once it was forced outside the foodport, injuring my hand!

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).
   When my hand was forcefully pulled against the reinforced steel of the foodport I experienced excruciating pain, swelling and bleeding. X-rays later showed that my hand was fractured, due to the action of the defendant

5. Administrative Remedies:
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: ____N/A____

2. Claim II. Identify the issue involved. Check only one. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. Supporting Facts. State as briefly as possible the FACTS supporting Claim II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.    N/A

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).    N/A

5. Administrative Remedies.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim II?   ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?   ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: ___N/a___

2. Claim III. Identify the issue involved. Check only one. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: ___

3. Supporting Facts. State as briefly as possible the FACTS supporting Claim III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   N/A

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).

   N/A

5. Administrative Remedies.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ___

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:
1). Rescind the Rules Violation Reprt. 2). Issue Injunction that defendants violated my rights. 3). Punitive Damages. 4). Compensatory Damages.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5-24-2022
       DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6

# STATE OF CALIFORNIA — MEDICAL REPORT OF INJURY OR UNUSUAL OCCURRENCE

DEPARTMENT OF CORRECTIONS AND REHABILITATION

CDCR 7219 (Rev. 01/13) — Page 1 of 2

| NAME OF INSTITUTION | LOCATION OF EVALUATION | DATE |
|---|---|---|
| HDSP | CTC #33 | 5/28/19 |

REASON FOR REPORT: ☒ ALLEGATION  ☐ ON THE JOB INJURY  ☒ USE OF FORCE  ☒ INJURY  ☐ OTM RETURNS
☒ UNUSUAL OCCURRENCE  ☒ PRE AD/SEG ADMISSION  ☐ R&R  ☐ OTHER

| NAME LAST | FIRST | CDCR NUMBER | PERNR / INST ID # | VISITOR ID # (SOMS) |
|---|---|---|---|---|
| Baker | James | HV2558 | N/A | N/A |

| PLACE OF OCCURRENCE | DATE OF OCCURRENCE | TIME OF OCCURRENCE | TIME SEEN | RN NOTIFIED TIME | PHYSICIAN NOTIFIED TIME |
|---|---|---|---|---|---|
| #33 CTC | 5/28/19 | 0807 | 0817 | 0817 | 0817 Dr. Davis |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE: [redacted]

| INJURIES FOUND? | YES / NO |
|---|---|
| Abrasion/Scratch | 1 |
| Active Bleeding | 2 |
| Broken Bone | 3 |
| Bruise/Discolored Area | 4 |
| Burn | 5 |
| Dislocation | 6 |
| Dried Blood | 7 |
| Fresh Tattoo | 8 |
| Cut/Laceration/Slash | 9 |
| Swollen Area | 10 (circled) |
| Pain | 11 (circled) |
| Protrusion | 12 |
| Puncture | 13 |
| Reddened Area | 14 |
| Skin Flap | 15 |
| Pre-Existing | 16 |
| Other | 17 |
| N/A | 18 |

Chemical Agent Exposure? YES / NO (NO circled)
Chem. Agent Exposure Area: N/A EX
Decontaminated w/ Water? YES / NO / REFUSED: N/A
Decontaminated w/ Air? YES / NO / REFUSED: N/A
Self-decontamination Instructions given? YES / NO (NO circled)
Staff issued Exposure packet? YES / NO (NO circled)

Q 15 min. check times:

| Initial | 1st Check |
|---|---|
| N/A | N/A |
| 2nd Check | Final |
| N/A | N/A |

TIME/DISPOSITION: 0855 Safety cell

Body diagrams: Right, Left, Front, Back — markings noted on back (right hand area): "#11" swollen/pain

REPORT COMPLETED BY TITLE (PRINT AND SIGN): A. Cunel-Sentano RN / A. Cunel Sentano [signature]

| PERNR / INST ID # | RDOs | ASSIGNMENT AREA |
|---|---|---|
| [redacted] | [redacted] | CTC |



## HEALTH CARE SERVICES

HDSP - High Desert State Prison
475-750 Rice Canyon Rd
Susanville, CA 96127-

**Patient:** BAKER, JAMES R
**DOB/Age/Sex:** 8/8/1988  33 years  Male
**Encounter Date:** 11/14/2019
**Attending:** Blackmon, William NP

**CDCR #:** AV2558
**PID #:** 11604219
**Referring:**

### Diagnostic Radiology

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
|---|---|---|---|---|
|  | 6/19/2019 15:38 PDT | XR HAND RIGHT-3 VWS | Blackmon, William NP | Auth (Verified) |

### Report

PATIENT NAME: JAMES BAKER
MRN: 11604219
DOB: 08/18/1988
ACCOUNT: 10000004011604219AV2558
ORDERING PHYSICIAN: W. Blackmon
Service Date: 06/19/2019

CLINICAL INDICATION: Pain edema second third metacarpals COMPARISON: 5/28/2019 TECHNIQUE: 3 views FINDINGS: Remote fifth metacarpal fracture deformity. The bones of the hand/wrist appear intact, with no evidence of acute fracture, dislocation, or subluxation. The joint spaces are preserved. Bone mineralization is normal. No significant soft tissue swelling is seen. IMPRESSION: No acute osseous abnormality.

Report Request ID: 52034596

Print Date/Time: 2/23/2022 08:05 PST

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.