IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JAMES RAY BAKER,** | 2:22-cv-00878 KJN (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **R. CHACON, et al.,** | |
| Defendants. | |

**GOOD CAUSE APPEARING,** Defendants' motion for an extension of time to contact the Court to schedule a settlement conference (ECF No. 17) is granted. The deadline to contact the Court to schedule a settlement conference is extended to December 19, 2022.

Dated:  September 29, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Bak878.eot

1